UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

---

CRAIG C. DOLLOFF,                                    CASE NO.
        Plaintiff,

vs.

EXPERIAN; TRANS UNION
CREDIT INFORMATION; and
EQUI-FAX INFORMATION SERVICES;
        Defendants.

---

**TRANS UNION, LLC'S NOTICE OF REMOVAL**

---

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Trans Union, LLC ("Trans Union") hereby removes the subject action from the Commonwealth of Massachusetts, Plymouth District Court to the United States District Court for the District of Massachusetts, on the following grounds:

1.    Plaintiff Craig C. Dolloff served Trans Union on or about October 24, 2016, with a Summons and Complaint filed in the Commonwealth of Massachusetts, Plymouth District Court. A copy of the Summons and Complaint attached hereto, redacted pursuant to Federal Rule of Civil Procedure 5.2, as **Exhibit A** and **Exhibit B**. No other process, pleadings or orders have been served on Trans Union.

2.    Plaintiff's claims and allegations implicate that Trans Union violated and is liable under the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. (the "FCRA"). See Complaint, ¶¶ 1, 8-9.

3. This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331 since there is a federal question. As alleged, this suit falls within the FCRA which thus supplies this federal question.

4. Pursuant to 28 U.S.C. § 1441, et seq., this cause may be removed from the Commonwealth of Massachusetts, Plymouth District Court to the United States District Court for the District of Massachusetts.

5. Counsel for Trans Union has confirmed with the Commonwealth of Massachusetts, Plymouth District Court, both online and by telephone, that they have no document or file suggesting any other Defendant has been served. To the best of Trans Union's knowledge, no other named Defendant in this matter has been served as of the date and time of this Notice Of Removal.

6. Notice of this removal will promptly be filed with the Commonwealth of Massachusetts, Plymouth District Court and served upon all adverse parties.

WHEREFORE, Defendant Trans Union, LLC, by counsel, removes the subject action from Commonwealth of Massachusetts, Plymouth District Court to this United States District Court, District of Massachusetts.

Date: October 31, 2016			Respectfully submitted,


					*/s/ Mardic Marashian*

					_____
					Mardic A. Marashian, Esq. (BBO #548607)
					Bonin & Marashian
					77 Franklin Street
					Boston, MA  02110
					Telephone:  (617) 723-2525
					Fax:  (617) 723-3163
					E-Mail:  mardic@boninmarashian.com

					*Counsel for Defendant Trans Union, LLC*
					*(improperly identified as Trans Union*
					*Credit Information)*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **31st day of October 2016.** Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| None. | |
|---|---|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **31st day of October 2016** properly addressed as follows:

| **Pro Se Plaintiff**<br>Craig C. Dolloff<br>285 St. George Street, #217<br>Duxbury, MA  02332 | |
|---|---|

*/s/ Mardic Marashian*

Mardic A. Marashian, Esq. (BBO #548607)
Bonin & Marashian
77 Franklin Street
Boston, MA  02110
Telephone:  (617) 723-2525
Fax:  (617) 723-3163
E-Mail:  mardic@boninmarashian.com

*Counsel for Defendant Trans Union, LLC
(improperly identified as Trans Union
Credit Information)*