UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

CRAIG C. DOLLOFF,
    Plaintiff,

CASE NO. 1:16-cv-12200-RWZ

vs.

EXPERIAN; TRANS UNION
CREDIT INFORMATION; and
EQUI-FAX INFORMATION SERVICES;
    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Craig C. Dolloff, pro se, and Defendants Trans Union, LLC (improperly identified as "Trans Union Credit Information"); Experian Information Solutions, Inc. (improperly identified as "Experian") and Equifax Information Services, by counsel, having filed their Stipulation Of Dismissal With Prejudice, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Craig C. Dolloff against Defendants Trans Union, LLC; Experian Information Solutions, Inc. and Equifax Information Services are dismissed, with prejudice. Plaintiff Craig C. Dolloff and Defendants Trans Union, LLC; Experian Information Solutions, Inc. and Equifax Information Services shall each bear their own costs and attorneys' fees.

Date: March 22, 2017

_____
JUDGE, United States District Court,
District of Massashusetts